**SEND**

> FILED
> CLERK U S DISTRICT COURT
>
> **JUL - 8 2003**
>
> CENTRAL DISTRICT OF CALIFORNIA
> EASTERN DIVISION        BY DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

MARY LANCA,

                    Plaintiff(s),

        v

CITY OF PALM SPRINGS,  et al

                    Defendant(s)

Case No  EDCV 03-00489-RT(SGLx)

ORDER (1) AMENDING ORDER, DATED DECEMBER 19, 2000 AND (2) DIRECTING NO ORAL ARGUMENT ON MOTIONS IN CIVIL ACTIONS

        The undersigned ORDERS his previous order of December 19, 2000, be amended to read as follows

        The undersigned believes that for most civil law and motion matters, oral argument is generally unnecessary and wasteful of time and resources of both counsel and the Court   Well-researched moving and responding papers with thoughtful analysis are usually adequate to allow the Court to make a fully informed and reasoned decision   Nevertheless, the Court recognizes that in some cases oral argument may be valuable or even necessary   Therefore, pursuant to Federal Rules of Civil Procedure 78 and Civil Local Rule 7-15,

ENTER ON ICMS

JUL - 8 2003

JUL - 8 2003

1       IT IS ORDERED that oral argument on motions in civil actions shall not be

2   heard, unless required by law and subject to the following exceptions

3       (1) If the Court deems oral argument necessary on certain issues raised

4   in a particular motion or opposition, argument will be heard on the hearing date

5   calendared by the moving party   The Court will notify the parties as far in advance

6   as possible that oral argument will be heard, but no later than 5 00 p m  on the

7   Wednesday preceding the calendared hearing date

8       (2) If the moving and/or responding party believes that oral argument is

9   necessary, such party must file and serve a written request for oral argument   This

10  request should show why oral argument is necessary under the particular

11  circumstances of the case, and why the moving and responding papers are

12  inadequate to present the party's argument to the Court   The fact that the ruling on

13  the motion may be dispositive of the entire action or certain causes of action or

14  claims or that the moving party has raised a new issue in its reply[1] is not, in and of

15  itself, sufficient to establish that oral argument is necessary   This request shall be

16  filed not later than six (6) days before the calendared hearing date   The Court will

17  notify the appropriate parties of its ruling on the request no later than 5:00 p m  on

18  the Wednesday preceding the calendared hearing date

19      A motion will be deemed submitted without oral argument upon expiration of

20  the time for filing a reply brief   Counsel (or parties proceeding pro se) should not

21  appear in Court on the date the motion is calendared unless the Court has ordered

22  that there be oral argument

23      DATED   October 1, 2001

24

25

26  ROBERT J  TIMLIN
    United States District Judge

27

28     [1]The Court will not base its decision on any new facts or new legal arguments raised in reply papers without the Court giving the respondent an opportunity to respond  See Schwarzer, et al , Federal Civil Procedure Before Trial, §§ 12 106-12 107 (2000)